Decided January 28, 2002

## STATE OF CONNECTICUT *v.* RUSSELL JOHNSON

The defendant's petition for certification for appeal from the Appellate Court, 67 Conn. App. 299 (AC 20349), is denied.

*Lisa J. Steele*, special public defender, in support of the petition.

*Joy K. Fausey*, deputy assistant state's attorney, in opposition.

Decided January 28, 2002

The defendant's petition for certification for appeal from the Appellate Court, 67 Conn. App. 284 (AC 20446), is denied.